THE NIAGARA FIRE INSURANCE COMPANY, Appellant, *v.*
CAMPBELL STORES, Respondent.

*Niagara F. Ins. Co.* v. *Campbell Stores,* 101 App. Div. 400, affirmed.
(Argued February 16, 1906; decided March 27, 1906.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
February 28, 1905, affirming a judgment in favor of defendant
entered upon a dismissal of the complaint by the court at a
Trial Term.

*Edgar J. Nathan* and *Michael H. Cardozo* for appellant.

*Henry W. Jessup* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, EDWARD T. BARTLETT, VANN, WILLARD
BARTLETT and CHASE, JJ. Not sitting: HAIGHT, J. Absent:
CULLEN, Ch. J.

_____

TOWN OF PALATINE et al., Appellants, *v.* THE CANAJOHARIE
WATER SUPPLY COMPANY et al., Respondents.

*Town of Palatine* v. *Canajoharie Water Supply Co.,* 90 App. Div. 548,
affirmed.
(Argued March 8, 1906; decided March 27, 1906.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered
March 18, 1905, affirming a judgment in favor of defendants
entered upon a dismissal of the complaint by the court on
trial at Special Term.

*Henry V. Borst* and *Charles W. Wheeler* for appellants.

*Andrew J. Nellis* and *B. C. Fox* for respondents.

Judgment affirmed, with costs, with leave to appellants to
apply to the Supreme Court for such relief as they may be
advised; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WILLARD
BARTLETT and HISCOCK, JJ. Absent: WERNER, J.